FILED
ASHEVILLE, N.C.

JUN 2 2009

U.S. DISTRICT COURT
W. DIST. OF N.C.

**UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO.** *1:09CR54* |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| **v.** | ) | |
| | ) | **Violation:** |
| | ) | **18 U.S.C. § 2252(a)(1)** |
| **THOMAS BRADFORD NORVELL** | ) | **18 U.S.C. § 2252(a)(4)(B)** |

### THE GRAND JURY CHARGES:

### COUNT ONE

On or about November 4, 2006, in Burke County, within the Western District of North Carolina, and elsewhere,

### THOMAS BRADFORD NORVELL

did knowingly transport a visual depiction in interstate or foreign commerce by any means, including by computer, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depiction was of such conduct.

All in violation of Title 18, United States Code, Sections 2252(a)(1).

### COUNT TWO

On or about November 14, 2006, in Burke County, within the Western District of North Carolina, and elsewhere,

### THOMAS BRADFORD NORVELL

did knowingly possess one or more matters, which contained any visual depiction that had been mailed, shipped and transported in interstate and foreign commerce, and which was produced

using materials which had been mailed, shipped, or transported in interstate and foreign commerce, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depiction was of such conduct; that is, THOMAS BRADFORD NORVELL knowingly possessed one or more computer hard drives which contained images of minors engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2).

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

A TRUE BILL:

EDWARD R. RYAN
ACTING UNITED STATES ATTORNEY

DAVID A. THORNELOE
ASSISTANT UNITED STATES ATTORNEY