# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:09cr54

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| THOMAS BRADFORD NORVELL. ) | |
| ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Supplement Judgment [Doc. 38]. The Government has not opposed the relief sought.

While the Court will grant the motion and add the recommendation that the Defendant requests, the Defendant is advised that the Bureau of Prisons is under no obligation to follow the Court's recommendation as to his place of incarceration.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Supplement Judgment [Doc. 38] is **ALLOWED**, and the Clerk is directed to prepare an Amended Judgment in this case that includes a recommendation to the Bureau of Prisons that the Defendant be designated to begin his

sentence at the Federal Correction Complex in Butner, North Carolina, or, in the alternative, at the Federal Medical Center in Lexington, Kentucky.

**IT IS SO ORDERED.**

Signed: March 23, 2011

Martin Reidinger
United States District Judge