IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. DNCW1:09CR54 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| THOMAS BRADFORD NORVELL. | ) | |

**WRIT OF EXECUTION**

TO THE UNITED STATES MARSHAL
and WACHOVIA, A WELLS FARGO COMPANY.:

A judgment was entered on February 14, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Thomas Bradford Norvell, whose last known address is XXXXXXXXX, Morganton, NC 28655, in the sum of $20,100.00. The balance on the account as of April 25, 2011, is $20,100.00.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Wachovia, a Wells Fargo company, is commanded to **turn over property** in which the defendant, Thomas Norvell, has a substantial nonexempt interest, the said property being funds located in Wachovia, a Wells Fargo company, accounts including, but not limited to, checking accounts, savings accounts and Individual Retirement Accounts (IRAs), in the name of Thomas Norvell, at the following address: Wells Fargo, PO Box 8667, Philadelphia, PA 19101, Legal Order Processing Team.

Signed: April 27, 2011

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court