IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. DNCW1:09CR54 |
| vs. | ) | (Financial Litigation Unit) |
| | ) | |
| THOMAS BRADFORD NORVELL. | ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and BANK OF AMERICA.:

A judgment was entered on February 14, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Thomas Bradford Norvell, whose last known address is XXXXXXXXXX, Morganton, NC 28655, in the sum of $20,100.00. The balance on the account as of April 25, 2011, is $20,100.00.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Bank of America is commanded to **turn over property** in which the defendant, Thomas Norvell, has a substantial nonexempt interest, the said property being funds located in Bank of America accounts including, but not limited to, checking accounts, savings accounts and Individual Retirement Accounts (IRAs), in the name of Thomas Norvell, at the following address: Bank of America, 1425 NW 62nd St, Ft. Lauderdale, Fl 33309, Attention: Legal Department.

Signed: April 27, 2011

*Frank G. John*

Frank G. Johns, Clerk
United States District Court