IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW1:09CR54 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| THOMAS BRADFORD NORVELL. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and NORVELL MANAGEMENT, LLC:

A judgment was entered on February 14, 2011, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Thomas Bradford Norvell, whose last known address is XXXXXXXXX, Morganton, NC 28655, in the sum of $20,100.00. The balance on the account as of June 13, 2011, is $19,703.63.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and Norvell Management, LLC is commanded to **turn over property** in which the defendant, Thomas Norvell, has a substantial nonexempt interest, the said property being funds located in Norvell Management, LLC accounts including, but not limited to, investment accounts in the name of Thomas Norvell, at the following address: Norvell Management, LLC, 103 North Sterling Street, 2nd Floor, Morganton, NC 28655, Attention: Jerome Norvell.

Signed: June 13, 2011

_____
Dennis L. Howell
United States Magistrate Judge